AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

United States of America
v.
DEFENDANT 1: GONZALEZ, Ashly Priscila
DEFENDANT 2: GONZALEZ-Castillo, Karen Elizabeth

Defendant(s)

Case No.

**EP:25-M-06880-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 12, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT 1: GONZALEZ, Ashly Priscila
DEFENDANT 2: GONZALEZ-Castillo, Karen Elizabeth

☑ Continued on the attached sheet.

Complaint sworn to telephonically on December 16, 2025 at 02:00 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____Claudia Parker_____
Complainant's signature

Claudia Parker, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/16/2025

_____Miguel A. Torres_____
Judge's signature

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
Printed name and title

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT #1 GONZALEZ, Ashly Priscilia
DEFENDANT #2 GONZALEZ-Castillo, Karen Elizabeth

12/16/2025

On December 12, 2025, Ysleta Border Patrol Station Agent was conducting his official duties when he observed a male individual, wearing a red t-shirt, running northbound across the Ascarate Golf Course in El Paso, Texas in the Western District of Texas.

The Agent advised other Agents in the field of the possible illegal entry as it is consistent with illegal alien traffic for individuals to be running through the golf course after making entry. Another Agent observed the same individual in the red t-shirt as he met with another male individual. Both individuals were wet and muddy from the waist down and the male individual was wearing torn jeans, which is a common indicator of an illegal entry due to the barbed wire position along the U.S./Mexico border.

The Agents observed both individuals laying down under some vegetation. Agents approached both individuals and identified themselves as United States Border Patrol Agents. The Agents then questioned the two individuals as to their country of citizenship and right to be in the United States legally, both individuals admitted to having just crossed the U.S./Mexico border illegally and not in possession of any legal documents to be or remain in the United States legally.

As Agents were walking the two individuals towards the parking lot, they observed a gray in color Dodge Durango approaching their location. Once the vehicle stopped, the passenger window was rolled down. At this point, the Agent noticed two female individuals inside the Durango. The Agent asked the individuals if they were looking for someone to which both individuals replied by stating "yes". The Agent asked them who they were looking for. Both female individuals, later identified as Ashly Priscila GONZALEZ, DEFENDANT 1, and Karen Elizabeth GONZALEZ-Castillo, DEFENDANT 2 looked towards the two illegal aliens' location, and stated "we're looking for them", as they pointed towards the illegal aliens location.

An additional illegal individual was later found to be part of the group near the area.

The Agent identified himself as United States Border Patrol Agent to DEFENDANT 1 and DEFENDANT 2. The Agent then read and informed the passenger, DEFENDANT 2 of her Miranda rights. It was determined that DEFENDANT 1 and DEFENDANT 2 are United States Citizens.

In a post Miranda statement DEFENDANT 2 stated that they had been sent to the area to pick up illegal aliens. DEFENDANT 1, DEFENDANT 2 and the three illegal aliens were then transported to the Ysleta Border Patrol Station for processing and further investigation.

At the Ysleta Station, DEFENDANT 1 was read her Miranda rights.

In a post Miranda statement, DEFENDANT 1 admitted to being sent to the location with the purpose of picking up illegal aliens for financial gain. DEFENDANT 1 further admitted to having participated in other illegal alien smuggling schemes and to having worked as a smuggler with DEFENDANT 2 in the past.

At the Ysleta Station, DEFENDANT 2 further admitted to having smuggled illegal aliens in the past by working as a pick-up driver in exchange for financial compensation. DEFENDANT 2 also admitted to knowing it was illegal to pick up illegal aliens.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT #1 GONZALEZ, Ashly Priscilia
DEFENDANT #2 GONZALEZ-Castillo, Karen Elizabeth

12/16/2025

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.